| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Urban Oaks Builders LLC** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-2788662 |

| | | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| 4. | Debtor's address | **1001 McKinney St., Suite 2100**<br>**Houston, TX 77002**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Harris**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | _____ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  __Urban Oaks Builders LLC__   Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2361__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor  **Urban Oaks Builders LLC**  Case number (*if known*) _____
      Name

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | |
| 14. **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>■ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>■ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | **Urban Oaks Builders LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 31, 2018**
MM / DD / YYYY

**X /s/ Todd Hagood**                                **Todd Hagood**
Signature of authorized representative of debtor      Printed name

Title **Vice President, Authorized Representative**

**18. Signature of attorney**

**X /s/ Matthew Okin**                               Date **August 31, 2018**
Signature of attorney for debtor                                MM / DD / YYYY

**Matthew Okin**
Printed name

**Okin Adams LLP**
Firm name

**1113 Vine St., Suite 201**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone **(713) 228-4100**    Email address **info@okinadams.com**

**00784695**
Bar number and State

## POC HOLDINGS 2, INC.

### Consent of the Sole Director
### in Lieu of Special Meeting

The undersigned director, being the sole member of the Board of Directors of POC Holdings 2, Inc., a Texas corporation, does hereby consent to the taking of the actions described in the Resolutions attached hereto as Exhibit A without the holding of a meeting, as provided by Section 21.415(b) of the Texas Business Organization Code, hereby waives any required notice in connection herewith, and hereby adopts the resolutions attached hereto as Exhibit A (such resolutions to be of full force and effect on and as of the date hereof) and directs that a copy hereof be filed with the minutes of the proceedings of this Board of Directors.

This instrument may be signed by facsimile signature, which signature shall have the effect of an original signature.

EXECUTED TO BE EFECTIVE as of August 31, 2018.

_____
Jeffrey C. Hines

# EXHIBIT A

## RESOLUTIONS ADOPTED BY POC HOLDINGS 2, INC., MANAGING MEMBER OF URBAN OAKS BUILDERS LLC

### APPROVAL OF FILING OF CHAPTER 11 BANKRUPTCY PROCEEDINGS

WHEREAS, POC Holdings 2, Inc. is the managing member (the "Managing Member") of Urban Oaks Builders LLC ("UOB" or the "Company"); and

WHEREAS, the Managing Member of UOB, a Delaware limited liability company, has deemed it advisable and in the best interests of the Company, and its creditors, equity holders, and other interested parties, that the Company file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

NOW, THEREFORE, BE IT RESOLVED, that in the chapter 11 case of the Company (the "Chapter 11 Case"), the Managing Member has determined it to be in the best interests of the Company, and its creditors, equity holders and other interested parties, as applicable, to appoint Todd Hagood (the "Authorized Representative"), as the Company's representative to oversee the Chapter 11 Case; and further

RESOLVED, that the Authorized Representative shall regularly consult with the Managing Member and keep it reasonably informed of his actions and activities. Although the Managing Member's express approval shall not be required, the Authorized Representative shall specifically consult with the Managing Member prior to taking any of the following actions: (i) entering into a contract for the sale of property belonging to the Company; (ii) seeking approval of a plan of reorganization or liquidation for the Company; or (iii) seeking the conversion or dismissal of the Chapter 11 Case; and further

RESOLVED, that the Managing Member represents that it is authorized to sign this resolution and provide proper authorization for the Company to file the Chapter 11 Case; and further

RESOLVED, in connection with the Chapter 11 Case, the Managing Member has determined it to be in the best interests of the Company, and creditors, equity holders, and other interested parties, as applicable, to retain the firm of Okin Adams LLP, to represent the Company in the Chapter 11 Case upon such retainer and compensation agreement as may seem, in the sole discretion of the Authorized Representative, to be appropriate; and further

RESOLVED, in connection with the Chapter 11 Case, the Managing Member has determined it to be in the best interests of the Company, and creditors, equity holders, and other interested parties, as applicable, to retain the firm of Baker Botts LLP to represent the Company as special litigation counsel during the Chapter 11 Case upon such retainer and compensation agreement as may seem, in the sole discretion of the Authorized Representative, to be appropriate; and further

RESOLVED, in connection with the Chapter 11 Case, the Managing Member has determined it to be in the best interests of the Company, and creditors, equity holders, and other interested parties, as applicable, to retain the firm of Stout Risius Ross, LLC as to represent the Company as financial advisor during the Chapter 11 Case upon such retainer and compensation agreement as may seem, in the sole discretion of the Authorized Representative, to be appropriate; and further

RESOLVED, that the Authorized Representative, and any employees or agents (including counsel or financial adviser) designated by or directed by the Authorized Representative, be, and they hereby are, authorized and empowered, in the name of and behalf of the Company acting in the applicable capacities to execute, verify, and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to perform any and all further acts and deeds the Authorized Representative deems necessary, proper or desirable in connection with the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case; and further

RESOLVED, that, in the judgment of the Managing Member of the Company, it is desirable and in the best interests of the Company and the interests of the Company's creditors, equity holders, and other interested parties, that the Authorized Representative files a petition for and in the name and on behalf of the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and further

RESOLVED, that all actions by the Authorized Representative and other officers, directors, managers or members of the Company heretofore taken in connection with the subject of the foregoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects as the acts and deeds of the Company; and further

RESOLVED, that all prior lawful acts taken or caused to be taken by or on behalf of the Company by any of its officers, directors, managers, members and authorized agents, including, but not limited to, any and all acts taken or caused to be taken in connection with the foregoing resolutions, which was done in reliance on the Managing Member's expressed desire to reorganize the Company's debts, and the negotiation and preparation of documents and actions ancillary thereto are hereby ratified, approved and confirmed in all respects and adopted as the acts of the Company; and further

RESOLVED, that the Authorized Representative and any of the appropriate officers, managers and members of the Company be, and each of them hereby is, authorized (i) to prepare, execute, deliver and perform, as the case may be, such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, (ii) to pay or cause to be paid on behalf of the Company any related costs and expenses and (iii) to take such other actions, in the name and on behalf of the Company, as each such officer, manager or member, as applicable, in his, her or its discretion, shall deem necessary or advisable to complete and effect the foregoing transactions or to carry out the intent and purposes of the foregoing resolutions and the transactions contemplated thereby, the preparation, execution, delivery and performance of any such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further

assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, the payment of any such costs or expenses and the performance of any such other acts to be conclusive evidence of the approval of the Members thereof and all matters relating thereto; and further

RESOLVED, that all actions heretofore taken by the Authorized Representative, officers, directors, members and managers of the Company with respect to the foregoing transactions and all other matters contemplated by the foregoing resolutions are hereby approved, adopted, ratified and confirmed.

\* \* \*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Urban Oaks Builders, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cottington Road TIC, LLC** 8230 210th Street South Boca Raton, FL 33433 | Michael A. Hornreich mhornreich@wwhgd.com 407.734.7000 | Litigation | Unliquidated Disputed | | | $45,000,000.00 |
| **Baker Concrete Construction Inc** 900 N. Garver Rd Monroe, OH 45050 | Kimberley Smith Sr Admin smithki@bakersharedservices.com 513.310.8111 | Trade Debt | Unliquidated | | | $1,321,671.46 |
| **GH Phipps Construction Companies** 5995 Greenwood Plaza Blvd., #100 Greenwood Village, CO 80111 | Brent Chacon brent.chacon@ghphipps.com 303.389.3774 | Trade Debt | Unliquidated | | | $963,277.73 |
| **Power Design Inc** 11600 Ninth Street North St. Petersburg, FL 33716 | Sam Khayat wkhayat@powerdesigninc.us 727.497.1930 | Trade Debt | Unliquidated | | | $822,902.40 |
| **Rocky Mountain Prestress LLC** 5801 Pecos Street Denver, CO 80221 | Brian Miller millerb@rmprestress.com 720.387.1326 | Trade Debt | Unliquidated | | | $615,121.10 |
| **RSL Contractors** 22030 Mossy Oaks Drive Spring, TX 77389 | Susan Lyons slyons@rslcontractors.com 281.651.1133 | Trade Debt | Unliquidated | | | $595,844.16 |

| Debtor | **Urban Oaks Builders, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Momentum Exterior Systems, Inc.**<br>3440 Riley Fuzzel Rd. Suite 120 #85<br>Spring, TX 77386 | **John Shaddix**<br><br>john.shaddix@momentum-glass.com<br>281.809.2830 | **Trade Debt** | **Disputed** | | | $510,081.09 |
| **Steel Huggers, LLC**<br>4472 Hilltop Rd., Unit D<br>Mead, CO 80504 | **Nic Malwitz**<br><br>steelhuggers@comcast.net<br>870.535.4460 | **Trade Debt** | **Unliquidated** | | | $339,419.70 |
| **T&D Moravits & Co., LLC**<br>10511 Shaenfield Road<br>San Antonio, TX 78251 | **Katy Maddox**<br><br>kmaddox@tdmoravits.com<br>210.688.3482 | **Trade Debt** | **Unliquidated** | | | $303,471.46 |
| **Jimmy Evans Company**<br>P.O. Box 9749<br>Austin, TX 78766 | **Kim Carrillo**<br><br>kcarrillo@jimmyevans.com<br>512.288.7300 | **Trade Debt** | **Unliquidated** | | | $182,681.54 |
| **Hofer Builders Inc.**<br>301 N. Saginaw Blvd.<br>Saginaw, TX 76179 | **Tom Hofer**<br><br>thofer@hoferbuilders.com<br>817.232.2166 | **Trade Debt** | **Unliquidated** | | | $180,480.00 |
| **AGL Construction Company**<br>7302 Ivanhoe Street<br>Commerce City, CO 80022 | **Kate Davis**<br><br>kate@algconstruct.com | **Trade Debt** | **Unliquidated** | | | $171,690.47 |
| **Schindler Elevator Corporation**<br>12961 Park Central Ste 1460<br>San Antonio, TX 78216 | **Derek Paluch**<br><br>decek-paluch@schindler.com<br>973.397.6500 | **Trade Debt** | **Unliquidated** | | | $167,126.75 |
| **AYG Construction, LTD**<br>7006 Burkett St.<br>Houston, TX 77021 | **Asaf Golan**<br><br>Agolan@aygconstruction.com<br>713.748.2202 | **Trade Debt** | **Unliquidated** | | | $152,282.49 |
| **Fuquay, Inc.**<br>4861 Old Hwy 81<br>New Braunfels, TX 78132 | **John Trevilion**<br><br>jtrevilion@fuquay.com<br>830.606.1882 | **Trade Debt** | **Unliquidated** | | | $140,760.60 |
| **Construction Risk Partners LLC**<br>1250 Route 28, Suite 201<br>Branchburg, NJ 08876 | **Robert Rapp**<br><br>rrapp@constructionriskpartners.com<br>908.566.1271 | **Trade Debt** | **Unliquidated** | | | $126,628.95 |

Debtor **Urban Oaks Builders, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Steel Designs Inc.**<br>**13303 Emmett**<br>**Houston, TX 77041** | **Norm Macias**<br><br>nmacias@steeldesignsinc.com<br>713.937.3007 | **Trade Debt** | **Unliquidated** | | | **$111,933.75** |
| **Hines Interests Limited Partnership**<br>**2800 Post Oak Blvd, Suite 5000**<br>**Houston, TX 77056** | **Evan McCord**<br><br>Evan.McCord@hines.com<br>713.621.8000 | **Trade Debt** | | | | **$106,905.80** |
| **Ovation Plumbing Inc**<br>**1980 W. 64th Lane**<br>**Denver, CO 80221** | **Jeff Platt**<br><br>jplatt@ovationplumbing.com<br>303.427.6230 | **Trade Debt** | **Unliquidated** | | | **$98,914.56** |
| **Kone Inc**<br>**One Kone Court**<br>**Moline, IL 61265** | **Steven Buhr**<br><br>steven.buhr@kone.com<br>281.442.6619 | **Trade Debt** | **Unliquidated** | | | **$73,440.00** |

# United States Bankruptcy Court
## Southern District of Texas

In re: **Urban Oaks Builders LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Urban Oaks Builders LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**POC Holdings 2, Inc.**
**2800 Post Oak Blvd., Suite 5000**
**Houston, TX 77056**

☐ None [*Check if applicable*]

**August 31, 2018**
Date

**/s/ Matthew Okin**
**Matthew Okin**
Signature of Attorney or Litigant
Counsel for **Urban Oaks Builders LLC**
**Okin Adams LLP**
**1113 Vine St., Suite 201**
**Houston, TX 77002**
**(713) 228-4100 Fax:(888) 865-2118**
**info@okinadams.com**