

ENTERED
06/17/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| URBAN OAKS BUILDERS LLC,[1] | § | Case No. 18-34892 |
| | § | |
| Debtor. | § | Chapter 11 |

### ORDER GRANTING STOUT RISIUS ROSS, LLC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD AUGUST 31, 2018 THROUGH DECEMBER 31, 2018

(Docket No. 210)

Upon consideration of Stout Risius Ross, LLC's ("Stout") First Interim Application for Allowance and Payment of Fees and Expenses for the Period August 31, 2018 Through December 31, 2018 (the "Application"),[2] the Court finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Standing Order of Reference of the U.S. Bankruptcy Court for the Southern District of Texas; (b) this is a core proceeding under 28 U.S.C. § 157(b); (c) venue is proper in this Court under 28 U.S.C. § 1408; (d) the relief sought in the Application is in the best interest of the Debtor, its creditors and all parties-in-interest in the case; (e) the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and (f) adequate notice of the Application has been given, no objections were filed, and no other notice is necessary; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED that:

1. Stout is allowed interim compensation of $76,562.00 for professional services rendered on behalf of the Debtor during the Application Period.

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: Urban Oaks Builders LLC (8662).

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms as set forth in the Application.

2. Stout is awarded fees of $76,562.00 as an administrative expense for the period August 31, 2018 through December 31, 2018.

3. The Debtor is authorized to take all other actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

4. This Court shall retain jurisdiction with respect to all matters related to the interpretation or implementation of this Order.

**Signed:  June 17, 2019**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE