

ENTERED
02/19/2020

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | **Chapter 11** |
| **URBAN OAKS BUILDERS LLC,** § | |
| § | |
| § | **Case No. 18-34892 (DRJ)** |
| Debtor. § | |

## JUDGMENT ON DEBTOR'S OBJECTION TO SOUTHSTAR CAPITAL GROUP I, LLC, DURBAN ROAD TIC, LLC, AND COTTINGTON ROAD TIC, LLC'S PROOF OF CLAIM
(Relates to Doc. No. 307)

The Debtor filed its *Objection to Southstar Capital Group I, LLC, Durban Road TIC, LLC, and Cottington Road TIC, LLC's Proof of Claim* [Docket No. 307] (the "Objection"). The Court held a hearing on the Objection to Claim No. 22-3 (the "Claim"). The Court has jurisdiction over the Objection and the Claim and the relief requested in the Objection pursuant to 28 U.S.C. § 1334 and venue is proper in this District pursuant to 11 U.S.C. § 1408. The Objection is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order on the Objection. For the reasons stated on the record on February 3, 2020, it is **ORDERED** that

1. The Claim is allowed in the principal amount of $25,147,187.13 (the "Principal Amount"), broken down as follows: (i) $8,226,243.00 in lost profits; plus (ii) non-legal professional fees and costs in the amount of $732,262.00; plus (iii) restoration costs of $18,439,945.46; minus (iv) the Debtor's prepetition payments in the amount of $2,251,263.33. Prejudgment interest in the amount of $956,530.25 shall be added to the Principal Amount of prejudgment interest, in accordance with Florida law, for a total general unsecured claim of $26,103,717.38.

2. The Claim is disallowed in its entirety as to Southstar Capital Group I, LLC.

1

3. The Claim asserted claims for fraud and intentional misrepresentation. There was no evidence that the Debtor participated in any fraud or made material misrepresentations. To the extent that there remains a claim for fraud or misrepresentation as to the Debtor, that claim is denied.

4. All other claims against the Debtor are disallowed.

**Signed: February 19, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**APPROVED AS TO FORM:**

| | |
|---|---|
| **PORTER HEDGES LLP** | **OKIN ADAMS LLP** |
| | |
| */s/ John F. Higgins* | */s/ James W. Bartlett, Jr.* |
| John F. Higgins | Matthew S. Okin |
| Joshua W. Wolfshohl | Texas Bar No. 00784695 |
| Genevieve M. Graham | Email: mokin@okinadams.com |
| 1000 Main Street, 36th Floor | James W. Bartlett, Jr. |
| Houston, TX 77002 | Texas Bar No. 00795238 |
| jhiggins@porterhedges.com | Email: jbartlett@okinadams.com |
| jwolfshohl@porterhedges.com | David L. Curry, Jr. |
| ggraham@porterhedges.com | State Bar No. 24065107 |
| | Email: dcurry@okinadams.com |
| -and- | 1113 Vine St. Suite 240 |
| | Houston, Texas 77002 |
| **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC** | Tel: (713) 228-4100 |
| | Fax: (888) 865-2118 |
| MICHAEL A. HORNREICH | |
| Florida Bar No. 379972 | -and- |
| Admitted *pro hac vice* | |
| MATTHEW I. KRAMER | **REMBOLD HIRSCHMAN** |
| Florida Bar No.: 0937231 | SCOTT D. REMBOLD, ESQ. |
| Admitted *pro hac vice* | Admitted pro hac vice |
| 255 South Orange Avenue, Suite 1260 | Florida Bar No. 038202 |
| Orlando, Florida 32801 | MARIBETH S. WILLIAMS, ESQ. |
| Phone: 407.734.7000 | Admitted pro hac vice |
| Fax: 407.930.9180 | Florida Bar No. 28480 |
| mkramer@wwhgd.com | MARK C. CHARTER, ESQ. |
| | Admitted pro hac vice |
| **COUNSEL FOR PLAINTIFFS SOUTHSTAR CAPITAL GROUP I, LLC, COTTINGTON ROAD TIC, LLC AND DURBAN ROAD TIC, LLC** | Florida Bar No. 374776 |
| | 2121 Ponce de Leon Blvd., Suite 500 |
| | Coral Gables, FL 33134 |
| | Tel: (305) 442-9111 |
| | Fax: (305) 442-9001 |
| | Emails: srembold@therhlawfirm.com |
| | mwilliams@therhlawfirm.com |
| | mcharter@therhlawfirm.com |
| | |
| | **ATTORNEYS FOR THE DEBTOR** |

10448342v1