## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 18-34892** |
| **URBAN OAKS BUILDERS LLC,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

### NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that Scott D. Lawrence hereby requests to withdraw his appearance in the above case as counsel to the non-debtor Southstar Defendants, effective April 10, 2020.  Please note that this withdrawal is limited only to Mr. Lawrence and is not intended to impact any other appearances filed by the undersigned firm.

**PLEASE TAKE FURTHER NOTICE**, the undersigned requests that the Clerk of the United States Bankruptcy Court for the Southern District of Texas, or any claims and noticing agent appointed in this case, remove him from the electronic and paper noticing matrix for the above-captioned case.  All other counsel of record will continue to represent the non-debtor Southstar Defendants and are not intended to be affected by this notice.

Dated:  April 10, 2020

Respectfully submitted,

**AKERMAN LLP**

By: */s/ David W. Parham*
David W. Parham
Trammell Crow Center
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: (214) 720-4300
Fax: (214) 981-9339
david.parham@akerman.com

*COUNSEL FOR NON-DEBTOR
SOUTHSTAR DEFENDANTS*

52663061;1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 10, 2020, I caused a copy of the foregoing document to be served on the parties that are registered to receive notice by the Court's CM/ECF Filling System in the above case.

/s/ David W. Parham_____

52663061;1