UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME      Urban Oaks Builders, LLC          PETITION DATE
CASE NUMBER    18-34892                          8/31/2018

MONTHLY OPERATING REPORT SUMMARY FOR:     MONTH: DECEMBER    YEAR: 2020

| MONTH | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | $ - | $ - | $ (279,356) | $ (141,984) | $ (233,393) | $ 403,661 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | (776,860) | (1,309,349) | (1,027,198) | (645,556) | (323,309) | 2,079,498 |
| NET INCOME (LOSS) (MOR-6) | (796,878) | (1,244,001) | (1,044,056) | (666,349) | (342,868) | 2,034,348 |
| PAYMENTS TO INSIDERS (MOR-9) | 22,837 | 24,856 | 23,636 | 24,619 | 23,636 | 23,636 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 11,734 | - | - | 25,624 | 3,262 | - |
| TOTAL OPERATING DISBURSEMENTS (MOR-7) | $ 64,954 | $ 40,616 | $ 31,217 | $ 53,387 | $ 56,862 | $ 43,650 |

•••The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee•••

| REQUIRED INSURANCE MAINTAINED | | EXP. |
|---|---|---|
| AS OF SIGNATURE DATE | | DATE |
| CASUALTY | YES ( x ) NO ( ) | Various |
| LIABILITY | YES ( x ) NO ( ) | Various |
| VEHICLE | YES ( x ) NO ( ) NA ( ) | 10.1.21 |
| WORKERS | YES ( x ) NO ( ) | 10.1.21 |
| OTHER (SDI) | YES ( x ) NO ( ) | NA |

Are all accounts receivable being collected within terms?   Yes
Are all post-petition liabilities, including taxes, being paid within terms?   Yes
Have any pre-petition liabilities been paid?   Yes
  If so, describe:   Per court orders related to project costs
Are all funds received being deposited into the DIP bank accounts?   Yes
Were any assets disposed of outside the normal course of business?   No
  If so, describe:
Are all U.S. Trustee Quarterly Fee Payments current?   Yes
What is the status of the Plan of Reorganization?   In development

ATTORNEY NAME   Matthew Scott Okin
FIRM NAME       Okin & Adams LLP
ADDRESS         1113 Vine Street
                Suite 201
CITY, STATE, ZIP  Houston, Texas 77002
TELEPHONE       713-228-4100

I certify under penalty of perjury that the following complete Monthly Operaitng Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED: _____     TITLE: Vice President, Authorized Representative
Original Signature

Todd Hagood                            01/29/2021
Print Name of Signatory                Date

NOTES:

MOR-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: Urban Oaks Builders, LLC
CASE NUMBER: 18-34892

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE 8/31/2018 | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash and Cash Equivalents | 101,763 | 670,077 | 3,473,268 | 524,295 | 981,890 | 654,368 | 2,731,349 |
| Accounts Receivable, Net | 4,908,247 | 3,299,616 | 2,357,346 | 4,134,473 | 1,400,847 | 3,841,580 | 2,255,792 |
| Construction in Progress | 75,630 | 200,517 | 312,352 | 57,858 | 130,233 | 135,992 | 733,899 |
| Accrued Revenue | - | - | - | - | - | - | - |
| Prepaid Expenses | 71,697 | - | - | - | - | - | - |
| Project Reimbursable, Short-term | 305,647 | - | - | - | - | - | - |
| Deposits & Other Receivables | 600,351 | - | - | - | - | - | - |
| **TOTAL CURRENT ASSETS** | $ 6,063,335 | 4,170,210 | $ 6,142,965 | $ 4,716,626 | $ 2,512,969 | $ 4,631,940 | $ 5,721,040 |
| **PP&E** | | | | | | | |
| Property, Plant & Equipment, at Cost | 196,335 | 122,806 | 122,806 | 122,806 | 122,806 | 122,806 | 122,806 |
| Less: Accumulated Depreciation | (52,240) | (73,766) | (74,789) | (75,813) | (76,836) | (77,860) | (78,883) |
| **NET BOOK VALUE OF PP&E** | $ 144,095 | 49,040 | $ 48,016 | $ 46,993 | $ 45,970 | $ 44,946 | $ 43,923 |
| **OTHER ASSETS** | | | | | | | |
| Retainage Receivable | 55,688 | 460,702 | 460,702 | 460,702 | 460,702 | 437,362 | 477,729 |
| Construction in Progress | 2,884,009 | 11,028,856 | 11,088,259 | 10,909,346 | 10,258,003 | 7,814,679 | 5,960,581 |
| Celebration Insurance Receivable | 3,859,642 | 4,824,303 | 4,824,303 | 4,847,635 | 4,847,635 | 4,869,322 | 4,869,322 |
| Other Receivables | 64,200 | 66,263 | 80,812 | 34,129 | 90,110 | 36,943 | 24,595 |
| **TOTAL OTHER ASSETS** | $ 6,863,539 | 16,380,124 | $ 16,454,076 | $ 16,251,811 | $ 15,656,450 | $ 13,158,307 | $ 11,332,227 |
| **TOTAL ASSETS** | $ 13,070,969 | 20,599,374 | $ 22,645,058 | $ 21,015,430 | $ 18,215,389 | $ 17,835,193 | $ 17,097,190 |

MOR - 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME              Urban Oaks Builders, LLC
CASE NUMBER            18-34892

### COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE 8/31/2018 | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER |
|---|---:|---:|---:|---:|---:|---:|---:|
| **LIABILITIES** | | | | | | | |
| **POST-PETITION LIABILITIES** | | | | | | | |
| Post-Petition Liabilities (MOR-4) | - | 16,523,957 | 19,813,641 | 19,228,069 | 17,094,378 | 17,057,049 | 15,989,504 |
| **TOTAL POST-PETITION LIABILITIES** | $ - | $ 16,523,957 | $ 19,813,641 | $ 19,228,069 | $ 17,094,378 | $ 17,057,049 | $ 15,989,504 |
| | | | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Accounts Payable - Trade | 4,533,354 | 7,291 | 7,291 | 7,291 | 7,291 | 7,291 | 7,291 |
| Retainage Payable | 2,884,009 | - | - | - | - | - | - |
| Accrued Interest | 33,372 | 33,372 | 33,372 | 33,372 | 33,372 | 33,372 | 33,372 |
| Severance Pay Reserve | 90,560 | 90,560 | 90,560 | 90,560 | 90,560 | 90,560 | - |
| Warranty Reserve | 304,572 | 140,417 | 140,417 | 140,417 | 140,417 | 140,417 | - |
| Insurance Reserve | 2,920,687 | 1,625,197 | 1,625,197 | 1,625,197 | 1,625,197 | 1,625,197 | 151,368 |
| Loan Payable, Principal | 3,630,646 | 3,630,646 | 3,630,646 | 3,630,646 | 3,630,646 | 3,630,646 | 3,630,646 |
| HILP Payable | 106,866 | 121,514 | 121,514 | 121,514 | 121,514 | 121,514 | 121,514 |
| Accrued Expenses | - | - | - | - | - | - | - |
| **TOTAL PRE-PETITION LIABILITIES** | $ 14,504,066 | $ 5,648,997 | $ 5,648,997 | $ 5,648,997 | $ 5,648,997 | $ 5,648,997 | $ 3,944,191 |
| **TOTAL LIABILITIES** | $ 14,504,066 | $ 22,172,953 | $ 25,462,638 | $ 24,877,066 | $ 22,743,374 | $ 22,706,046 | $ 19,933,695 |
| | | | | | | | |
| **OWNER'S EQUITY** | | | | | | | |
| Retained Earnings at Filing Date | (1,433,097) | (1,433,097) | (1,433,097) | (1,433,097) | (1,433,097) | (1,433,097) | (1,433,097) |
| Current Period Profit (Loss) | - | (796,878) | (1,244,001) | (1,044,056) | (666,349) | (342,868) | 2,034,348 |
| Retained Earnings Post Filing Date | - | 656,396 | (140,482) | (1,384,483) | (2,428,539) | (3,094,888) | (3,437,756) |
| **TOTAL OWNER'S EQUITY** | $ (1,433,097) | $ (1,573,579) | $ (2,817,580) | $ (3,861,636) | $ (4,527,985) | $ (4,870,853) | $ (2,836,505) |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | $ 13,070,969 | $ 20,599,374 | $ 22,645,058 | $ 21,015,430 | $ 18,215,389 | $ 17,835,193 | $ 17,097,190 |

MOR-3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: Urban Oaks Builders, LLC
CASE NUMBER: 18-34892

### SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER |
|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES** | | | | | | |
| Accounts Payable - Trade | 3,673,812 | 5,715,375 | 5,537,697 | 2,604,492 | 5,040,088 | 5,750,499 |
| Retainage Payable | 11,028,856 | 11,088,259 | 10,909,346 | 10,258,003 | 7,814,679 | 5,960,581 |
| Severance Pay Reserve | 330,600 | 342,322 | 308,433 | 316,784 | 324,453 | 42,733 |
| Warranty Reserve | 152,195 | 135,658 | 144,103 | 144,103 | 135,094 | 38,722 |
| Insurance Reserve | - | - | - | - | - | - |
| Affiliate Payable | 8,670 | 10,178 | 24,366 | 48,290 | 1,493 | 154,049 |
| Accrued Expenses | - | - | - | - | - | 265,038 |
| Accrued Professional Fees | - | 233,396 | - | - | - | 17,484 |
| | | | | | | |
| Secured Debt Post-Petition | 975,000 | 2,000,000 | 2,000,000 | 3,400,000 | 3,400,000 | 3,400,000 |
| Accrued Interest Payable | 354,824 | 288,453 | 304,124 | 322,705 | 341,242 | 360,397 |
| **TOTAL POST-PETITION LIABILITIES** | $ 16,523,957 | $ 19,813,641 | $ 19,228,069 | $ 17,094,378 | $ 17,057,049 | $ 15,989,504 |

Notes:
 - Invoiced professional fees are included in the Accounts Payable Trade
 - Accrued professional fees represent an estimate of uninvoiced fees

MOR-4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: Urban Oaks Builders, LLC
CASE NUMBER: 18-34892

### AGING OF POST-PETITION LIABILITIES
MONTH

| DAYS | TOTAL | TRADE ACCOUNTS | TAXES | PROFESSIONAL FEES | OTHER | OTHER |
|---|---|---|---|---|---|---|
| 0 - 30 | 2,463,906 | 2,463,906 | | - | | - |
| 31 - 60 | 2,414,567 | 2,409,544 | | 5,023 | | - |
| 61 - 90 | 406,128 | 406,128 | | - | | - |
| 91 + | 473,189 | 200,829 | | 272,360 | | - |
| TOTAL | $ 5,757,790 | $ 5,480,407 | $ - | $ 277,383 | $ - | $ - |

### AGING OF ACCOUNTS RECEIVABLE (TRADE)

| DAYS | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
|---|---|---|---|---|---|---|
| 0 - 30 | 2,984,041 | 2,357,346 | 4,134,473 | 1,400,847 | 3,841,580 | 2,255,792 |
| 31 - 60 | 315,575 | - | - | - | - | - |
| 61 - 90 | - | - | - | - | - | - |
| 91 + | - | - | - | - | - | - |
| TOTAL | $ 3,299,616 | $ 2,357,346 | $ 4,134,473 | $ 1,400,847 | $ 3,841,580 | $ 2,255,792 |

Notes:

- Post petition related retainage payable ($5,960,581.46) not included in the aging above for those balances recognized post petition as the obligation exists but amounts are not owed until the completion of applicable scope of work.

- Post petition related accrued interest ($ 360,396.60) is not included in the aging above as the obligation exists but no payment is due at this time.

- Post petition related severance reserve ($42,733.25) is not inlcude in the aging above as this represents a potential future obligation not due at this time

- Other - HILP intercompany payable

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: Urban Oaks Builders, LLC
CASE NUMBER: 18-34892

### STATEMENT OF INCOME (LOSS)

| | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | |
| Construction Management Fees | - | - | (279,356) | (141,984) | (233,393) | 403,661 | 5,264,599 |
| Conceptual Construction Recoveries | - | - | | - | | - | 786,000 |
| Gain/(Loss) on Sale/Retirement of Assets | - | - | | - | | - | (57,189) |
| Interest Income | - | - | | - | | - | 20,483 |
| **TOTAL NET REVENUES** | $ - | $ - | $ (279,356) | $ (141,984) | $ (233,393) | $ 403,661 | $ 7,373,733 |
| | | | | | | | |
| **G&A EXPENSES** | | | | | | | |
| Wages & Salaries | 27,816 | 27,623 | 27,573 | 26,742 | 26,742 | (314,665) | 2,323,223 |
| Travel & Entertainment | - | 400 | 628 | - | - | - | 108,385 |
| Personnel & Business Development | 124 | 16 | 16 | - | 61 | - | 64,618 |
| Office Expenses | 2,632 | 1,721 | 837 | (98) | (3) | 1,170 | 426,175 |
| Professional Services | | | | | | | - |
| Okin & Adams, LLP | 8,995 | - | 8,607 | - | 4,054 | - | 1,231,333 |
| Baker Botts, LLP _ Operations | - | - | - | - | - | - | 36,499 |
| Baker Botts, LLP _ Bankruptcy | - | - | - | - | - | - | 258,855 |
| Stout Risius Ross, LLC | - | - | - | - | - | - | 89,844 |
| Donlin, Recano & Company, Inc. | - | - | - | - | - | - | 22,539 |
| Boyle & Leonard, P.A. | - | - | - | - | - | - | - |
| Carlton Fields Jorden, Burt, P.A. | - | - | - | - | - | - | - |
| Other Professionals | 2,941 | - | - | - | - | 17,634 | 64,683 |
| Central Support Service Charges | - | - | 1,458 | - | - | - | 106,404 |
| Other Expenses (Mainly Project Overruns) | 734,352 | 1,279,589 | 708,723 | 476,928 | 59,062 | (1,379,976) | 2,341,915 |
| **TOTAL G&A EXPENSES** | $ 776,860 | $ 1,309,349 | $ 747,842 | $ 503,572 | $ 89,916 | $ (1,675,837) | $ 4,152,195 |
| | | | | | | | |
| **EBITDA** | $ (776,860) | $ (1,309,349) | $ (1,027,198) | $ (645,556) | $ (323,309) | $ 2,079,498 | $ 3,221,538 |
| Depreciation & Amortization Expense | 1,023 | 1,023 | 1,023 | 1,023 | 1,023 | 1,023 | 42,982 |
| Interest Expense | 18,995 | (66,371) | 15,671 | 19,770 | 18,536 | 20,206 | 378,746 |
| Taxes | - | - | 164 | - | - | 23,921 | (78,901) |
| **NET INCOME** | $ (796,878) | $ (1,244,001) | $ (1,044,056) | $ (666,349) | $ (342,868) | $ 2,034,348 | $ 3,098,842 |

Accrual Accounting Required, Otherwise Footnote with Explanation

*Footnote Mandatory*

** *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: Urban Oaks Builders, LLC
CASE NUMBER: 18-34892

### STATEMENT OF CASH FLOW

| CASH RECEIPTS AND DISBURSEMENTS | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| **CASH, BEGINNING OF MONTH** | 624,350 | 670,077 | 3,473,268 | 524,295 | 981,890 | 654,368 | $ 101,763 |
| **RECEIPTS** | | | | | | | |
| **PROJECT RECEIPTS** | | | | | | | |
| Project 1 | 1,500,843 | 150,743 | 124,713 | 2,322,765 | 352,599 | 2,838,340 | 58,906,050 |
| Project 2 | 3,090,414 | 2,833,298 | - | 1,811,707 | 1,048,247 | 1,003,240 | 92,194,993 |
| Project 3 | - | 315,575 | - | - | - | | 46,156,463 |
| Project 4 | | | | | | | 2,409,253 |
| **TOTAL PROJECT RECEIPTS** | $ 4,591,257 | $ 3,299,616 | $ 124,713 | $ 4,134,473 | $ 1,400,847 | $ 3,841,580 | $ 199,666,759 |
| Borrowings from DIP Loan | - | 1,025,000 | - | 1,400,000 | - | - | 3,400,000 |
| Sale/Retirement of Assets | - | - | - | - | - | | - |
| Other Receipts | 156,366 | 70,013 | 115,633 | 207,303 | 33,151 | 384,902 | 2,698,460 |
| **OTHER RECEIPTS** | $ 156,366 | $ 1,095,013 | $ 115,633 | $ 1,607,303 | $ 33,151 | $ 384,902 | $ 3,673,460 |
| **TOTAL RECEIPTS** | $ 4,747,623 | $ 4,394,629 | $ 240,345 | $ 5,741,776 | $ 1,433,998 | $ 4,226,482 | $ 203,340,219 |
| | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| **PROJECT TRUST DISBURSEMENTS** | | | | | | | |
| Project - Subcontractors | 3,863,172 | 566,422 | 2,552,776 | 4,697,827 | 1,369,819 | 1,753,392 | 170,004,658 |
| Project - Suppliers/Vendors | 449,626 | 822,977 | 253,134 | 378,030 | 198,463 | 163,552 | 17,780,280 |
| Project - Wages & Salaries | 324,145 | 161,421 | 352,192 | 154,936 | 136,375 | 188,907 | 9,258,005 |
| Project - SDI Premium (Insurance) | - | - | - | - | - | - | 535,977 |
| **TOTAL TRUST DISBURSEMENTS** | $ 4,636,942 | $ 1,550,820 | $ 3,158,102 | $ 5,230,794 | $ 1,704,657 | $ 2,105,851 | $ 197,578,919 |
| | | | | | | | |
| Non Project - Wages & Salaries | 27,816 | 13,859 | 27,982 | 26,742 | 26,742 | 42,744 | 3,195,764 |
| Warranty-Suppliers/Vendors | 21,404 | 16,537 | - | - | 9,009 | 373 | 1,103,978 |
| Travel & Entertainment | - | 461 | 450 | 443 | - | - | 96,224 |
| Personnel & Business Development | 621 | 16 | 16 | - | - | - | 136,752 |
| Office Expenses | 2,591 | 1,285 | 1,420 | 578 | 391 | 233 | 535,955 |
| Interest Expense | - | - | - | - | - | - | 11,786 |
| Taxes | - | - | - | - | - | - | 21,122 |
| Other | 774 | 3,583 | 1,350 | - | - | - | 213,551 |
| Central Support | - | - | - | - | - | - | 7,708 |
| **TOTAL OPERATING DISBURSEMENTS** | $ 53,206 | $ 35,741 | $ 31,217 | $ 27,763 | $ 36,142 | $ 43,350 | $ 5,322,839 |
| | | | | | | | |
| Professional Fees | 11,748 | - | - | 25,624 | 20,719 | 300 | 2,373,149 |
| US Trustee Fees | - | 4,875 | - | - | - | - | 85,086 |
| Other Reorganization Expenses | - | - | - | - | - | - | - |
| **TOTAL REORGANIZATION DISBURSEMENTS** | $ 11,748 | $ 4,875 | $ - | $ 25,624 | $ 20,719 | $ 300 | $ 2,458,235 |
| **TOTAL DISBURSEMENTS *** | $ 4,701,896 | $ 1,591,437 | $ 3,189,319 | $ 5,284,181 | $ 1,761,519 | $ 2,149,502 | $ 205,359,994 |
| **NET CASH FLOW** | $ 45,727 | $ 2,803,192 | $ (2,948,974) | $ 457,595 | $ (327,521) | $ 2,076,981 | $ 2,629,586 |
| **CASH, END OF MONTH** | $ 670,077 | $ 3,473,268 | $ 524,295 | $ 981,890 | $ 654,368 | $ 2,731,349 | $ 2,731,349 |

*Numbers for the current month should balance (match) "Receipts" and "Checks/Other Disbursements" from MOR-8*

MOR-7

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: Urban Oaks Builders, LLC
CASE NUMBER: 18-34892

## CASH ACCOUNT RECONCILIATION

|  | MONTH DECEMBER | MONTH DECEMBER | MONTH DECEMBER |  | TOTAL |
|---|---|---|---|---|---|
| BANK NAME | Chase | Chase | Wells Fargo |  |  |
| ACCOUNT NUMBER | 9631 | 9649 | 6580 |  |  |
| ACCOUNT TYPE | Depository | Disbursing | Payroll |  |  |
| BANK BALANCE | $ 2,581,626 | $ 165,454 | $ 10,000 |  | $ 2,757,080 |
| DEPOSITS IN TRANSIT | (250) |  |  |  | (250) |
| OUTSTANDING CHECKS |  | (25,481) |  |  | (25,481) |
| **ADJUSTED BOOK BALANCE** | **$ 2,581,376** | **$ 139,973** | **$ 10,000** |  | **$ 2,731,349** |
| BEGINNING CASH - PER BOOKS | $ 634,268 | $ 10,100 | $ 10,000 |  | $ 654,368 |
| RECEIPTS * | $ 4,226,482 |  | $ - |  | $ 4,226,482 |
| TRANSFERS BETWEEN ACCOUNTS | $ (2,276,665) | $ 2,045,013 | $ 231,652 |  | $ - |
| CHECKS / OTHER DISBURSEMENTS * | $ (2,710) | $ (1,915,140) | $ (231,652) |  | $ (2,149,503) |
| **ENDING CASH, PER BOOKS** | **$ 2,581,376** | **$ 139,973** | **$ 10,000** |  | **$ 2,731,349** |

Accrual Accounting Required, Otherwise Footnote with Explanation

* Numbers for the current month should balance (match) "Total Receipts" and "Total Disbursements" from MOR-7

MOR-8

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| CASE NAME | Urban Oaks Builders, LLC |
|---|---|
| CASE NUMBER | 18-34892 |

**PAYMENTS TO INSIDER AND PROFESSIONALS**

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.

Also, for insiders, identify the type of compensation paid (e.g. salary, commission, bonus, etc.)

| INSIDER: NAME / COMP TYPE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER |
|---|---|---|---|---|---|---|
| 1 POC Holdings 1, Inc. | | | | | | |
| 2 POC Holdings 2, Inc. | | | | | | |
| 3 Todd Hagood (payroll/exp reimbursements) | 22,837 | 24,856 | 23,636 | 24,619 | 23,636 | 23,636 |
| 4 Richard Mercer (payroll) | | | | | | |
| | | | | | | |
| TOTAL INSIDERS | $ 22,837 | $ 24,856 | $ 23,636 | $ 24,619 | $ 23,636 | $ 23,636 |

| PROFESSIONALS | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER |
|---|---|---|---|---|---|---|
| 1 Okin & Adams, LLP | $ 7,239 | $ - | $ - | $ 6,924 | $ 3,262 | $ - |
| 2 Baker Botts, LLP | 176 | - | - | - | - | - |
| 3 Stout Risius Ross, LLC | - | - | - | - | - | - |
| 4 Donlin, Recano & Company, Inc. | - | - | - | - | - | - |
| 5 Boyle & Leonard, P.A. | 4,078 | - | - | 18,445 | - | - |
| 6 Carlton Fields Jorden, Burt, P.A. | 240 | - | - | 255 | - | - |
| TOTAL PROFESSIONALS | $ 11,734 | $ - | $ - | $ 25,624 | $ 3,262 | $ - |

MOR-9